1  PATRICK H. HICKS, ESQ., Bar # 004632
   HILARY B. MUCKLEROY, ESQ., Bar # 9632
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone:  702.862.8800
   Fax No.:    702.862.8811
5
   Attorneys for Defendant
6  PHW MANAGER, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE ROEBUCK, an individual, | |
| Plaintiff, | Case No. 2:13-CV-01484-JAD-CWH |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| PHW MANAGER, LLC, a Domestic Corporation; DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

Plaintiff, LAWRENCE ROEBUCK and Defendant, PHW MANAGER, LLC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

. . .

. . .

. . .

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169-5937
702 862 8800

1  Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

2  Dated: January 21st, 2014                                     Dated: January 22, 2014

3  Respectfully submitted,                                              Respectfully submitted,

JOHN PETER LEE, ESQ.
JOHN C. COURTNEY, ESQ.
JOHN PETER LEE, LTD.

PATRICK H. HICKS, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
LAWRENCE ROEBUCK

Attorneys for Defendant
PHW MANAGER, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: January 22, 2014

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2.