1  PATRICK H. HICKS, ESQ., Bar # 004632
   HILARY B. MUCKLEROY, ESQ., Bar # 9632
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5
   Attorneys for Defendant
6  PHW MANAGER, LLC

7

8                       UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10

11 | LAWRENCE ROEBUCK, an individual,

12 |            Plaintiff,                  | Case No. 2:13-CV-01484-JAD-CWH

13 | vs.                                    | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

14 | PHW MANAGER, LLC, a Domestic
   | Corporation; DOES I through X, inclusive,
15 | ROE CORPORATIONS I through X,
   | inclusive,
16 |            Defendant.
17

18        Plaintiff, LAWRENCE ROEBUCK and Defendant, PHW MANAGER, LLC., by and

19 through their respective counsel of record, hereby stipulate and respectfully request an order

20 dismissing the entire action with prejudice.

21 . . .

22 . . .

23 . . .

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

1  Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

2  Dated: January 21st, 2014                    Dated: January 22, 2014

Respectfully submitted,                         Respectfully submitted,

_____                 _____
JOHN PETER LEE, ESQ.                            PATRICK H. HICKS, ESQ.
JOHN C. COURTNEY, ESQ.                          HILARY B. MUCKLEROY, ESQ.
JOHN PETER LEE, LTD.                            LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                         Attorneys for Defendant
LAWRENCE ROEBUCK                                PHW MANAGER, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: January 22, 2014

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2.